IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CV-29-FL

| | |
|---|---|
| ALEXANDER JOSEPH YOUNG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EAST CAROLINA UNIVERSITY, ) <br> RANDY RAMSEY, in his official capacity; ) <br> PHILLIP D. ROGERS, Chancellor, in his ) <br> official capacity; MARK STACY, M.D., ) <br> Dean, Brody of Medicine, in his official ) <br> capacity and individual capacity; SUSAN ) <br> KEEN, M.D. in her official capacity and ) <br> individual capacity; NADINE SKINNER, ) <br> M.D. in her official capacity and individual ) <br> capacity; UNC BOARD OF GOVERNORS, ) <br> ) <br> Defendants. | ORDER |

This matter came before the court on March 16, 2021, for telephonic status conference pursuant to Federal Rule of Civil Procedure 16. The order serves to memorialize briefly the court's rulings and deadlines set this date.

Upon defendants' consent, the court enters a temporary restraining order, subject to the terms and conditions imposed by the General Court of Justice, Superior Court Division, Pitt County, to endure until subsequent Rule 16 status conference, now set for **March 31, 2021, at 1:30 p.m.** at New Bern. The purpose of this conference, as agreed to by the parties, is to permit certain experts, whose qualifications were discussed at conference, to identify reasonable accommodations for plaintiff as he completes his clinical rotations at the Brody School of

Medicine. Upon receipt of the experts' report, plaintiff will be in a position to provide defendants, on or before March 23, 2021, an initial proposal of reasonable accommodations, as requested by defendants. Where plaintiff's current clinical rotation is scheduled to conclude immediately before April 5, 2021, it being in the parties' best interest to undertake review before that date, the court will reconvene with the parties on **March 31, 2021, at 1:30 p.m.** for Rule 16 status conference.

SO ORDERED, this the 17th day of March, 2021.

LOUISE W. FLANAGAN
United States District Judge

2

Case 4:21-cv-00029-FL   Document 20   Filed 03/17/21   Page 2 of 2