IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-29-FL

| | |
|---|---|
| ALEXANDER JOSEPH YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF NORTH CAROLINA BOARD OF GOVERNORS, RANDY RAMSEY, CHAIRMAN, in his official capacity, EAST CAROLINA UNIVERSITY, PHILLIP D. ROGERS, CHANCELLOR, in his official capacity, AND MARK STACY, M.D., DEAN, BRODY SCHOOL OF THE MEDICINE, in his official and individual capacity, SUSAN KEEN, M.D., in her official and individual capacity, and NADINE SKINNER, M.D., in his official and individual capacity,<br><br>    Defendants. | NOTICE OF SETTLEMENT |

Defendants give Notice of Settlement in this matter. The parties are in the process of executing settlement documents and Plaintiff will file a dismissal in the future.

WHEREFORE, Defendants request that the Court continue all deadlines 30 days to allow the parties to complete the documentation and for Plaintiff to file a dismissal.

1

This 24th day of May, 2021.

                                 JOSHUA H. STEIN
                                 Attorney General

                                 /s/ Kenzie M. Rakes
                                 Kenzie M. Rakes
                                 Assistant Attorney General
                                 NC State Bar No. 46349
                                 krakes@ncdoj.gov

                                 NC Department of Justice
                                 PO Box 629
                                 Raleigh, NC 27602
                                 Tel: 919-716-6920
                                 Fax: 919-716-6764

                                 *Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

>    Stephon J. Bowens
>    Saleisha N. Averhart
>    BOWENS & AVERHART, PLLC
>    555 Fayetteville Street, Suite 300
>    Raleigh, NC 24601
>    stephon@bowens-averhart.com
>    saleisha@bowens-averhart.com

*Counsel for Plaintiff*

This 24th day of May, 2021.

>                         /s/ Kenzie M. Rakes
>                        Kenzie M. Rakes
>                        Assistant Attorney General