IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:21-CV-29-FL

| | | |
|---|---|---|
| ALEXANDER JOSEPH YOUNG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EAST CAROLINA UNIVERSITY, RANDY RAMSEY, *in his official capacity*, PHILLIP D. ROGERS, Chancellor, *in his official capacity*, MARK STACY, M.D., *Dean, Brody School of Medicine, in his official capacity and individual capacity*, SUSAN KEEN, M.D. *in her official capacity and individual capacity*, NADINE SKINNER, M.D. *in her official capacity and individual capacity*, and UNC BOARD OF GOVERNORS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before July 9, 2021.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 25th day of May, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge